No. 279. Rio v. State of Washington. Supreme Court of Washington. Certiorari denied. *Dale D. Drain* for petitioner. *Smith Troy,* Attorney General of Washington, for respondent.

No. 285. Guttmann v. Illinois Central Railroad Co. C. A. 2d Cir. Certiorari denied. *Lloyd K. Garrison* for petitioner. *John W. Davis, Theodore Kiendl, S. Hazard Gillespie, Jr.* and *Francis W. Phillips* for respondent.

No. 290. Photochart, a Corporation, et al. v. Photo Patrol, Inc. et al. C. A. 9th Cir. Certiorari denied. *Collins Mason* for Photochart et al.; and *Don Marlin* and *William H. Levit* for Del Riccio, petitioners. *Stephen S. Townsend* for respondents.

No. 291. Freedman Brothers & Co. et al. v. Ellis, Trustee. C. A. 6th Cir. Certiorari denied. *Isidore G. Stone* for petitioners. *Orland H. Ellis* for respondent.

No. 292. Cox et al. v. United States. C. A. 10th Cir. Certiorari denied. *Edwin Mechem* for petitioners. *Solicitor General Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *John C. Harrington* for the United States.

No. 296. Switzer et al. v. Marzall, Commissioner of Patents. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Albert L. Ely* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baldridge, John R. Benney* and *Samuel D. Slade* for respondent.